[No. 39642-1-I.  Division One.  January 12, 1998.]

FEDERAL FINANCIAL COMPANY, *Appellant,* v. DONALD S. GERARD, ET AL., *Respondents.*

The opinion in the above captioned case, which appeared in the advance sheets at 89 Wn. App. 445-59, has been omitted from this permanent bound volume because of an amendment of the opinion made by an order of the Court of Appeals dated May 1, 1998. The opinion, as modified, appears at 90 Wn. App. 169.

THE NEXT PAGE IS NUMBERED 459.